UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA**

**VS.**            CASE NO: 5:19-cr-16-Oc-28PRL

**CHARLIE LEE WRIGHT, JR.**

## ORDER

This case is before the Court on Defendant's Motion to Suppress Evidence (Doc. 40). The assigned United States Magistrate Judge has submitted a Report (Doc. 59) recommending that the motion be denied. No party has filed an objection to the Report and the time to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 59) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Suppress Evidence (Doc. 40) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on November 15, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant